# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RAY B.,[1] Plaintiff, | : : : | Case No. 1:23-cv-772 |
| vs. | : : : | District Judge Timothy S. Black Magistrate Judge Stephanie Bowman |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | : : : : | |

## ORDER OF REMAND

This social security case is before the Court on the parties' Joint Motion to Remand. (Doc. 8). The parties agree that this matter should be remanded to the Commissioner for further administrative proceedings, pursuant to Sentence Four of 42 U.S.C. § 405(g). (*Id*.) Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's Decision, and the Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

Accordingly, the Court **ORDERS** as follows:

1. The parties' Joint Motion to Remand (Doc. 8) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor, pursuant to Fed. R. Civ. P. 58;

3. The case is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Order and the parties' stipulations; and

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment, or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

2

4. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 1/25/2024 　　　　　　　　　　　　　　　　　　　*s/ Timothy S. Black*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge